No. 294. POSNER *v.* UNITED STATES.   October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit, and motion for leave to proceed further *in forma pauperis,* denied.   *Mr. Alan Fox* for petitioner.   No appearance for the United States.

No. 295. DENSMORE *v.* UNITED STATES.   October 10, 1932.   Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit, and motion for leave to proceed further *in forma pauperis,* denied.   *Mr. Edward Fitzpatrick* for petitioner.   No appearance for the United States.

No. 363. JOHNSON *v.* CALIFORNIA.   October 10, 1932. Petition for writ of certiorari to the Appellate Division of the Superior Court of Los Angeles County, California, and motion for leave to proceed further *in forma pauperis,* denied.   *Mr. Bruce B. Johnson, pro se.   Messrs Erwin P. Werner* and *Frederick von Schrader* for respondent.

No. 371. BERG *v.* IOWA.   October 10, 1932.   Petition for writ of certiorari to the Supreme Court of Iowa, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Fred Berg, pro se.*   No appearance for respondent.